to Be Held on the 16th Day of September, 1941. WILLIAM J. GOODWIN, Appellant; JAMES F. McELROY, Respondent.— Order unanimously affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of PHYLISS FEDERELL and JOHN CAVAGNARO, for an Order Directing the Board of Elections to Strike Out a Certain Petition Purporting to Designate Certain Persons for the Party Position of County Committeemen for Election Districts 1 to 205, Inclusive, of the 6th Assembly District, Bronx County, and to Enjoin Them from Printing Ballots Containing Their Names for the Republican Party Primary to Be Held September 16, 1941. In the Matter of the Application of PHILIP BERTHOLDI, for an Order Directing the Board of Elections to Strike Out a Certain Petition Purporting to Designate Certain Persons for the Party Position of County Committeeman for Election Districts 1 to 57, Inclusive, of the 7th Assembly District, Bronx County, etc. In the Matter of the Application of RADFORD MARTIN, for an Order Directing the Board of Elections to Strike Out a Certain Petition Purporting to Designate Certain Persons for the Party Position of County Committeemen for Election Districts 1 to 44, Inclusive, of the 4th Assembly District, Bronx County, etc. In the Matter of the Application of ALBINA BEVENGA and Others, for an Order Directing the Board of Elections to Reinstate Petitioner and Others as Candidates in the Primary Election on September 16, 1941, for the Office of County Committeemen of the Republican Party of the 7th Assembly District, Bronx County. In the Matter of the Application of GEORGE D. QUINBY, JR., for an Order Directing the Board of Elections to Strike Out a Certain Petition Purporting to Designate Certain Persons for the Party Position of County Committeemen for Election Districts 1 to 201, Inclusive, of the 8th Assembly District, Bronx County, etc. In the Matter of the Application of MACHAEL SPANO and Others, for an Order Directing the Board of Elections to Reinstate Petitioner and Others as Candidates in the Primary Election on September 16, 1941, for the Office of County Committeemen of the Republican Party of the 3rd Assembly District, Bronx County.— Orders unanimously affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1941.
### (September 8, 1941.)

In the Matter of the Application of HENRY ALBERT, Petitioner, Respondent, to Compel the Acceptance and Filing by the BOARD OF ELECTIONS OF THE CITY OF NEW YORK of Certain Petitions Designating HENRY ALBERT, as a Candidate of the Republican Party of the County of Queens, for the Public Office of Justice of the Municipal Court, etc., Sixth District, etc. OSCAR D. ROSE, Appellant; BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.— An examination of the sheets shows that petitioner had charge of obtaining signatures. Sheet 21 indicates personal knowledge of petitioner of the irregularity therein contained which requires a reversal of the order and a denial of the petition. Order reversed on the law, without costs, and petitioner's application denied. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.